**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID EUCLIDES DELGADO MARIN,

                    Petitioner,               26 **CIVIL** 0737 (RA)

      -against-                             **JUDGMENT**

LaDeon FRANCIS, in his official capacity as
Acting Field Office Director of New York,
Immigration and Customs Enforcement; KRISTI
NOEM in her official capacity as Secretary of
Homeland Security; PAM BONDI, in her official
capacity as Attorney General,

                    Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated February 4, 2026, Mr. Delgado-Marin's Petition is granted.


**DATED:**  New York, New York
           February 6, 2026


                                   **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

                 **BY:** _____
                                **Deputy Clerk**