February 9, 2026

Hon. Ronnie Abrams
United States District Court
40 Foley Square
New York, NY 10007
**Via ECF**

Re: *Delgado Marin v. Francis et al.*, 1:26-cv-00737-RA

Dear Judge Abrams:

Petitioner writes pursuant to the Court's instruction, *see* ECF No. 7, to advise that the parties addressed the conditions of Petitioner's release and Petitioner is no longer subject to GPS monitoring.

However, Petitioner has not yet secured the return of his Employment Authorization Document (EAD), which is a common issue for habeas petitioners—and indeed all noncitizens in Respondents' custody—upon release. This Court has remedial authority pursuant to the All Writs Act to order the return of Petitioner's property. *See Sangronis Wandet et al v. Francis*, 1:25-cv-09011-AKH (S.D.N.Y. Nov. 17, 2025) (ECF No. 20) (ordering return of Petitioner's EAD); *Chalco Chango v. Francis*, 1:25-cv-09205-ALC (S.D.N.Y. Nov. 24, 2025) (ECF No. 32) (same). Although the parties continue to confer on this matter, in the interest of expeditious resolution, Petitioner respectfully requests an order directing that Respondents promptly return his EAD.

We thank the Court for its consideration.

Respectfully submitted,

Paige Austin
Make The Road New York

The Government shall have one week from today to respond to Plaintiff's request.

SO ORDERED.

Hon. Ronnie Abrams
February 10, 2026

BROOKLYN
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

QUEENS
104-19 ROOSEVELT AVENUE
CORONA, NY 11368
718 565 8500

STATEN ISLAND
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

LONG ISLAND
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

WESTCHESTER
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

MAKETHEROADNY.ORG

301 Grove St.
Brooklyn, New York 11237
paige.austin@maketheroadny.org
Tel.: (718) 565-8500 ext. 4139
Fax: 866-420-9169