UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EUCLIDES DELGADO MARIN,

Petitioner,

v.

LADEON FRANCIS, in his official capacity as
Acting Field Office Director of New York,
Immigration and Customs Enforcement;
KRISTI NOEM in her official capacity as
Secretary of Homeland Security; PAM BONDI,
in her official capacity as Attorney General.,

Respondents.

26-CV-737 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is hereby directed to enter final judgment in this matter.

SO ORDERED.

Dated:    April 7, 2026
          New York, New York

Ronnie Abrams
United States District Judge